IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YETI COOLERS, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:17-CV-938-RP |
| DUNHUANG GROUP;<br>SZ FLOWERFAIRY TECHNOLOGY LTD.;<br>TAN ER PA TECHNOLOGY CO., LTD.;<br>SHENZHEN GREAT ELECTRONIC<br>TECHNOLOGY CO., LTD.; and<br>HUAGONG TRADING CO., LTD.; | § § § § § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiff YETI Coolers, LLC's ("YETI") Notice of Voluntary Dismissal. (Dkt. 24). In its notice, YETI indicates that it is voluntarily dismissing its claims against Defendants SZ Flowerfairy Technology Ltd., Tan Er Pa Technology Co., Ltd., Shenzhen Great Electronic Technology Co., Ltd., and Huagong Trading Co., Ltd., (collectively, "Defendants") without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or a motion for summary judgment. The Court therefore **ORDERS** that this action is **DISMISSED WITHOUT PREJUDICE**. All costs shall be taxed to the party incurring them. This action is **CLOSED**.

**SIGNED** on May 24, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE